```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06397
    CHARLISE D WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5772


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/10/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------
                                                    INTEREST      PRINCIPAL
 CREDITOR NAME            CLASS          CLAIM AMOUNT  PAID         PAID

------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00          .00          .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE    1500.00          .00          .00
WELLS FARGO BANK         CURRENT MORTG        .00          .00          .00
WELLS FARGO BANK         MORTGAGE ARRE        .00          .00          .00
DRIVE FINANCIAL SERVICES SECURED VEHIC   15733.07      2566.03      2186.52
HSBC AUTO FINANCE        SECURED VEHIC        .00          .00          .00
SOUTH COMMONS PHASE 1 CO CURRENT MORTG    4864.36          .00      4864.36
SOUTH COMMONS PHASE 1 CO MORTGAGE ARRE        .00          .00          .00
ILLINOIS DEPT OF REVENUE PRIORITY         3211.07          .00          .00
ILLINOIS DEPT OF REVENUE UNSEC W/INTER    1166.79          .00          .00
INTERNAL REVENUE SERVICE PRIORITY         1027.04          .00          .00
INTERNAL REVENUE SERVICE UNSEC W/INTER  NOT FILED          .00          .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     315.50          .00          .00
GMAC                     UNSEC W/INTER  NOT FILED          .00          .00
GUC                      UNSEC W/INTER  NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     914.80          .00          .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     565.05          .00          .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     541.34          .00          .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     348.89          .00          .00
EKKEHARD WILKE           NOTICE ONLY    NOT FILED          .00          .00
EKKEHARD WILKE           NOTICE ONLY    NOT FILED          .00          .00
DRIVE FINANCIAL SERVICES UNSEC W/INTER  NOT FILED          .00          .00
INTERNAL REVENUE SERVICE SECURED        14537.97          .00          .00
HILTON GRAND VACATIONS C SECURED              .00          .00          .00
TRI CAP INVESTMENT PARTN UNSEC W/INTER    1962.83          .00          .00
TRI CAP INVESTMENT PARTN UNSEC W/INTER    1853.20          .00          .00
JEFFERSON CAPITAL SYSTEM FILED LATE        507.96          .00          .00
ERNESTO D BORGES JR      DEBTOR ATTY     2,000.00                       .00
TOM VAUGHN               TRUSTEE                                     733.09
DEBTOR REFUND            REFUND                                         .00

         Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06397 CHARLISE D WILLIAMS
```

```
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 10,350.00

PRIORITY                                            .00
SECURED                                        7,050.88
   INTEREST                                    2,566.03
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             733.09
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  10,350.00              10,350.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 12/22/08           /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 07 B 06397 CHARLISE D WILLIAMS